FILED

2016 FEB -4 AM 10: 43

CLERK U.S. DISTRICT...
NORTHERN DISTRICT OF OHIO
AKRON

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

1:16 MJ 8003
MAG. JUD... ...cHARGH

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) INFORMATION |
| Plaintiff, | ) |
| v. | ) CASE NO._____ |
| DOUGLAS A. JOACHIM, | ) Title 18, Section 1920, United States Code |
| Defendant. | ) |

## COUNT 1

The United States Attorney charges:

1. At all relevant times herein:

    A. The Office of Workers' Compensation Programs (OWCP), U. S. Department of Labor, administered the benefits program under the Federal Employees' Compensation Act (FECA), Chapter 81 of Title 5, United States Code;

    B. Employees of the United States Postal Service (USPS) who are disabled due to occupational injury receive compensation benefits under the FECA;

    C. The U.S. Department of Labor has sole authority to determine if a claimant was entitled to benefits provided by the FECA;

    D. All payments under the FECA to disabled USPS employees are financed by funds of the USPS; and

E. Defendant DOUGLAS A. JOACHIM was an employee of the USPS as a letter carrier who, during numerous periods of time, was receiving disability benefits under the FECA.

2. On or about March 19, 2015, in the Northern District of Ohio, Eastern Division, the Defendant, DOUGLAS A. JOACHIM, in connection with the application for and the receipt of compensation, moneys, and benefits under the FECA, subchapter III of Chapter 81 of Title 5, United States Code, did knowingly and willfully falsify, conceal, and cover up a material fact and did knowingly and willfully make a false, fictitious, and fraudulent statement and representation, to wit, DOUGLAS A. JOACHIM concealed and falsified his true medical condition and physical abilities to Dr. Robert B. Leb which resulted in FECA benefits being paid to DOUGLAS A. JOACHIM in an amount which did not exceed $1,000, in violation of Title 18, Section 1920, United States Code.

STEVEN M. DETTELBACH
United States Attorney

By: _____
Robert E. Bulford
Attorney-in-Charge, Criminal Division
Akron Branch Office